**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **NACHIAPPAN SUBBIAH MUTHUKUMAR** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:12-CV-2629-O-BH** |
| | ) | |
| **JUDGE DAVID BRIDGES, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | **Referred to U.S. Magistrate Judge** |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Motion to Leave to Proceed IFP*, filed August 19, 2012 (doc. 7), which incorporates his application to proceed *in forma pauperis* in a related case, No. 3:12-CV-2172-O (doc. 4), is **DENIED**.

By order dated September 24, 2012 (doc. 19), the Court denied Plaintiff's motion for reconsideration of a September 17, 2012 order requiring him to pay the full filing fee for this case. The Court found that Plaintiff had not shown that he would suffer "undue financial hardship" if required to pay the filing fee and ordered him to pay the filing fee no later than October 1, 2012. Plaintiff was specifically warned that if he failed to do so, this case would be dismissed without further notice. Plaintiff has still not paid the required filing fee for this case as ordered, so it is will be dismissed for failure to follow court orders by separate judgment.

**SIGNED this 3rd day of October, 2012.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**